IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RONALD D. SWALLOW, SR., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-05-435-C |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF THE SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for judicial review of the Commissioner's denial of disability insurance benefits was referred for initial proceedings to United States Magistrate Judge Robert E. Bacharach consistent with 28 U.S.C. § 636(b)(1)(B).  Judge Bacharach entered his Report and Recommendation on February 28, 2006, recommending that the decision of the Commissioner be affirmed.  Plaintiff, through counsel, has timely filed an objection to this report, and the Court therefore considers the matter de novo.

The facts and law are accurately set out in the Judge Bacharach's Report and Recommendation and there is no purpose to be served in repeating them yet again. Plaintiff's Objection merely incorporates by reference his earlier briefs, which were fully addressed in the Report and Recommendation.  He makes no argument fact or law which was not fairly addressed and accurately rejected by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons stated therein, the decision of the Commissioner in this case is affirmed. A judgment will enter accordingly.

IT IS SO ORDERED this 22nd day of March, 2006.

_____
ROBIN J. CAUTHRON
United States District Judge